UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KEEN EDGE COMPANY INC,**
        Plaintiff,

v.                          Case No. 19-C-1673

**WRIGHT MANUFACTURING INC,**
        Defendant.

## ORDER

Pursuant to 28 U.S.C. §455(a) I disqualify myself in the above proceeding.

Dated at Milwaukee, Wisconsin, this 31st day of March, 2020.

                                    s/Lynn Adelman
                                    LYNN ADELMAN
                                    District Judge